**Order**

IT IS ORDERED that ECF No. 5 is DENIED. Plaintiff must maintain an updated address with the Court to which it will send his mail. If Plaintiff is concerned that he did not receive a filing in this case, he may request a copy of the docket to ensure he has all filings, and he may alert the Court if he did not receive a document.

IT IS SO ORDERED
DATED: 5:44 pm, October 15, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

Sergey Mkhitaryan
Inmate No: 2679724
Clark County Detention Center
330 S. Casino Center Blvd
Las Vegas N.V. 89101

P. 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| SERGEY MKHITARYAN, | CASE NO: 2:21-CV-01789-APG-BNW |
| Plaintiff | |
| -VS- | Change of Address / UPDATE |
| COUNTY OF CLARK, et al | |
| defendant | |

## DISCUSSION

Plaintiff has been ordered by State to be transported to Lake's Crossing Center. Plaintiff's move is uncertain and in order to Protect Plaintiff from mischief, in regards to mail while being transported, Plaintiff requests all Orders and filings to be mailed to two Separate Addresses.

## CONCLUSION

- Send all Orders And filings to two Seperate Addresses. (1) being Plaintiff's Current Address. (2) Lake's Crossing Center Located at: 500 Galletti Way Sparks Nevada 89431-5526.

SERGEY Mkhitaryan / Plaintiff
Dated: 10/10/21

Sergey Mkhitaryan
Inmate # 2679794
C.D.C.
309 E. Casino Center Blvd
Las Vegas N.V. 89101

ENTERED
COUNSEL/PARTIES OF RECORD
OCT 13 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

United States District Court-Clerk
333 South Las Vegas Bl
Las Vegas N.V. 89101

LEGAL

X-RAYED U.S. MARSHALS SERVICE

