P. 1

Sergey Mkhitaryan
Inmate No: 2679724
Clark County Detention Center
330 S. Casino Center Blvd
Las Vegas N.V. 89101

```
                FILED        _____
                ENTERED      _____
            COUNSEL/PARTIES OF RECORD
              NOV 1 2 2021
           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
         BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| SERGEY MKHITARYAN, | CASE # 2:21-CV-01789-APG-BNW |
|---|---|
| Plaintiff, | |
| -VS- | VERIFY PAYMENT / Copys of Complaint |
| COUNTY OF CLARK et al, | |
| defendants | |

## DISCUSSION

Plaintiff mailed Payment with Complaint for Above Case to be filed with United States District Court of Nevada. However, C.C.D.C did not Send Attached Payment with Documents, But did several days after. Plaintiff recieved Notice that the Complaint was filed with Case NO: 2:21-CV-01789-APG-BNW without Payment. Plaintiff Wrote Grievance to Inmate Accounts at C.C.D.C And Inmate Accounts confirmed that check sent cleared the Bank Account in the Amount of $402.00. Making Sure there was No mischief from getting the Complaint finalized or room for error of dismissal Once Again! Plaintiff mailed Second Payment in full of 402.00 with Attached letter stating if Payment was recieved from C.C.D.C to Void and return the check. If Not to Apply as Payment for the Above Case NO. Plaintiff has asked Inmate Accounts Numerous times for Proof of Payment. They did not Provide Proof, but state Per Conversation with U.S. District Court of Nevada Plaintiff has Several Cases filed, therefore Plaintiff needs to Contact/address Issues with U.S. District Court of Nevada. In reply to Inmate Accounts Plaintiff stated U.S. District Court should of clearified that

P 2

that two Cases were filed About a year Ago which were paid in full. Further the Case Against State of Nevada was dismissed. Due to withholding mail. This was the Same Case being filed with minor changes. So the Only Outstanding Payment would of been for the New Complaint with Above Case No. Thereafter Inmate Accounts Reply was After againe Speaking with U.S. District Court that Plaintiff is Due a refund from U.S. District Court. Plaintiff's Second Payment cleared the Bank weeks After initial Said Payment from C.C.D.C. Plaintiff is Pondering, Why the NO Payment Notice from U.S. District Court, when C.C.D.C states it cleared their Bank. Moreover, Why U.S. District Court of Nevada would Process Plaintiff's Second Payment, After initial said Payment from C.C.D.C. When Plaintiff in the letter which was sent with Payment clearly stated if Payment was recieved/Processed from C.C.D.C to Void and return Payment. Till Date Plaintiff has Not recieved Verification of Payment Applied to Case NO: 2:21-CV-01789-APG-BNW. Due to the confusing circumstance, Please Verify Payment's And Provide Copy's of all Payments recieved And Processed from C.C.D.C / Plaintiff. Lastly, Please Provide Copy's of filed Complaint with Exhibits. Plaintiff Authorizes U.S. District Court the open sum to be charged to Plaintiff's C.C.D.C Account for Copy's.

## Conclusion

- Verify Payments Recieved/Processed (All Payments)
- Provide Copy's of all Payments recieved And Processed from C.C.D.C. / Plaintiff, to U.S. District Court of Nevada.
- Provide Copy's of Complaint with Exhibits.

## Order

IT IS ORDERED that ECF No. 12 is GRANTED. Plaintiff is advised that the filing fee in this case was received on 10/13/2021. *See* ECF No. 3 (noting receipt of payment). IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff a copy of the docket sheet in this case. IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff a copy of his amended complaint at ECF No. 9.

SERGEY MKHITARYAN
Plaintiff
dated: 11/8/21

**IT IS SO ORDERED**
**DATED:** 4:04 pm, November 15, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE



T. Mkhitaryan
7724
D.C.
S. Casino Center Blvd
s N.V. 89101

United States District Court - Office of Clerk
333 South Las Vegas Blvd.
Las Vegas N.V. 89101

X-RAYED U.S. MARSHALS SERVICE



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 12 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: