Sergey Mkhitaryan
Inmate No: 2679724
Clark County Detention Center
330 S. Casino Center Blvd
Las Vegas N.V. 89101

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| SERGEY MKHITARYAN, Plaintiff | CASE NO: 2:21-CV-01789-APG-BNW |
|---|---|
| -VS- | Current Address |
| COUNTY OF CLARK et al. defendants. | |

## DISCUSSION

Plaintiff had a relative check the status on above case online. Due to No Response from U.S. District Court on several written motions from Plaintiff. Plaintiff was advised on Nov. 11, 2021 that U.S. Postal Service was unable to deliver mail And U.S. District Court did Not Know Plaintiff's Current Address. If No update was recieved by Nov. 17, 2021 Case was due to be dismissed. Plaintiff wrote to U.S. District Court a motion clearly explaining that Plaintiff was Ordered by State to be Transported to Lake's Crossing Center. However, Plaintiff's move was uncertain And to Avoid Any Mischief from Plaintiff Not Recieving Orders/mail Plaintiff Requested that the United State District Court Order all mail/Orders to be Sent to "TWO" Addresses. Plaintiff's Current Address at C.C.D.C And Lake's Crossing Center. Plaintiff has NOT recieved Any Mail from C.C.D.C, Which is still Plaintiff's Current Address. The Only Explanation Plaintiff could come up with for this "Mischief"

P.2

is mail was sent to Lake's Crossing Center "Only" and it was Returned to Sender. Since Plaintiff has yet Not been transported. Which is why plaintiff clearly Requested all outgoing Correspondence to be Sent to "Both" Addresses. Further, this clearly Answers U.S. District Courts Question to Plaintiff's other possible Location. If mail happened to be returned/Undelivered from U.S. Postal Service. Which U.S. District Court should have on file And known of Plaintiffs TWO Possible Addresses, if the other was unavailable or Not Current. Since plaintiff made that transparent in the Written motions. Why? U.S. District Court Would Not Send Any Notice of Order/mail to Plaintiff's other/Current Address, Before Ordering a dismissal, Of this same-complaint once again, is uncanny/Uncomprehendible. Since Plaintiff had NO Issue's Requesting the Same from U.S. District Court on a different Matter with Case NO: 2:20-CV-02169-JAD-NJK. Please send all filing/Orders to "Both" Addresses, If for some reason thats Not Possible then Send all Correspondence to Plaintiff's Current Address at C.C.D.C 330 S Casino Center Blvd. Las Vegas N.V. 89101. Plaintiff will send an update of Change in Address, After Plaintiff's transportation. Moreover, Plaintiff sent two Additional motions which would of Provided U.S. District Court with Plaintiff's Address, After Courts Order. Also to Note Plaintiff Certified mail two documents Just Prior to the Courts Order made Oct. 28. 2021.

SERGEY MKHITARYAN

date: 11/11/21

---

### Order

IT IS ORDERED that ECF No. 20 is DENIED consistent with the Court's prior orders on this issue.

IT IS SO ORDERED

DATED: 2:18 pm, November 19, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Joey Mkintanyan
6797124
C.D.C
330 S. Casino Center Blvd
Las Vegas N.V. 89101

FILED _____ RECEIVED
ENTERED _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

NOV 19 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

SENT FROM CCDC

116

United States District Court - Court Clerk's office
333 South, Las Vegas Blvd.
Las Vegas N.V. 89101

