**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERGEY MKHITARYAN, | Case No.: 2:21-cv-01789-APG-BNW |
| Plaintiff | **Order Granting Unopposed Motion to Dismiss** |
| v. | [ECF No. 25] |
| COUNTY OF CLARK and STATE OF NEVADA, | |
| Defendants | |

Defendant State of Nevada filed a motion to dismiss. ECF No. 25.  Plaintiff Sergey Mkhitaryan did not oppose it.  I therefore grant the motion as unopposed. *See* LR 7-2(d).

I THEREFORE ORDER that defendant State of Nevada's motion to dismiss (ECF No. 25) is GRANTED.

DATED this 6th day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE